1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Jacqueline D. Griffith
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                           **EASTERN DIVISION**
9

10

11 | JACQUELINE D. GRIFFITH,           | ) Case No.: 5:14-cv-02402-JPR |
12 |                                   | )                              |
   |         Plaintiff,                | ) ORDER OF DISMISSAL           |
13 |                                   | )                              |
   |     vs.                           | )                              |
14 | CAROLYN W. COLVIN, Acting         | )                              |
   | Commissioner of Social Security,  | )                              |
15 |                                   | )                              |
16 |         Defendant.                | )                              |
17 |_____| )                              |

18
        The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21 DATE:   September 18, 2015
                                      _____
22                                    THE HONORABLE JEAN P. ROSENBLUTH
                                      UNITED STATES MAGISTRATE JUDGE
23

24

25

26

                                      -1-

1  DATE: September 15, 2015    Respectfully submitted,

2                               LAW OFFICES OF LAWRENCE D. ROHLFING

3                                    /s/ *Brian C. Shapiro*
                              BY: _____
                                  Brian C. Shapiro
4                                 Attorney for plaintiff Jacqueline D. Griffith

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 5:14-CV-02402-JPR**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on September 15, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Brian C. Shapiro*

_____
Brian C. Shapiro
Attorneys for Plaintiff
_____